JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI ESKANDARLOO,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC., et al.,<br><br>    Defendants. | Case No. CV 23-2037-MWF(JCx)<br><br>ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

The Court has reviewed the parties' Stipulation Re Dismissal of Entire Action With Prejudice. (Docket No. 49). For good cause shown, IT IS HEREBY ORDERED that:

1. The above-entitled action is DISMISSED in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).
2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:  September 13, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge